Gertz v. The Town of Monticello.

No. 13,572.

### SCHULTHEIS v. THE TOWN OF GARRETT.

From the DeKalb Circuit Court.

*W. L. Penfield*, for appellant.
*E. D. Hartman* and *L. Covell*, for appellee.

MITCHELL, J.—Upon the authority of *Wagner* v. *Town of Garrett, ante*, p. 114, the judgment in this cause is affirmed, with costs.

Filed March 28, 1889.

No. 13,581.

### BUNDY v. WILLIAMS.

From the Hancock Circuit Court.

*L. H. Reynolds* and *W. A. VanBuren*, for appellant.
*E. Marsh* and *W. W. Cook*, for appellee.

MITCHELL, J.—The reasons upon which the judgment was affirmed in *Bundy* v. *McClarnon, ante*, p. 165, require an affirmance of the judgment in the present case.

Judgment affirmed, with costs.

Filed March 30, 1889.

No. 13,509.

### GERTZ v. THE TOWN OF MONTICELLO.

From the White Circuit Court.

*A. W. Reynolds* and *E. B. Sellers*, for appellant.

MITCHELL, J.—The questions presented in this case are identical with those involved in *Vinson* v. *Town of Monticello, ante*, p. 103. On the authority of that case the judgment is affirmed, with costs, and five per cent. damages.

Filed Jan. 26, 1889; petition for a rehearing overruled March 26, 1889.